UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- against -

MICHAEL MESSINA, ET AL.,

　　　　　　Defendants.

22-cr-212 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **July 28, 2022, at 4:30 p.m.** Dial-in: 888-363-4749, with access code 8140049.

Because a continuance is needed to allow for the Government to make discovery and for the defendants to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 27, 2022**, until **July 28, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:　　New York, New York
　　　　　April 27, 2022

　　　　　　　　　　　　　　　　　　　／s／ John G. Koeltl
　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge