**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 11, 2022

**BY ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

5/11/22

Re: *United States v. Nicholas Calisi*, S1 22 Cr. 212 (JGK)

Dear Judge Koeltl:

The Government has conferred with Lawrence R. DiGiansante, Esq., counsel to defendant Nicholas Calisi, and with Pretrial Services in the Southern District of New York regarding Mr. Calisi's pretrial release pursuant to 18 U.S.C. § 3142, and all parties propose that Mr. Calisi be released under the following conditions:

1. $500,000 personal recognizance bond, to be co-signed by two financially responsible persons;

2. The defendant shall surrender all passports and make no new applications;

3. The defendant may not possess a firearm, destructive device, or any other weapon;

4. Home incarceration with location monitoring as determined by pretrial;

5. Strict pretrial supervision;

6. The defendant shall have no contact, direct or indirect, with members or associates of La Cosa Nostra, including but not limited to members and associates of the Genovese Family, except that the defendants in 22 Cr. 212 may meet in the presence of counsel for the purpose of preparing a defense in this case;

7. The defendant shall have no contact (in person, by phone, or over the internet) with anyone except: (i) attorney; (ii) court personnel; (iii) medical personnel; (iv) persons on a list preapproved by the Government;

8. The defendant may not have family members make any prohibited contact on his behalf;

9. The defendant shall avoid all contact, direct or indirect, with any person who is or may be a victim or witness in this investigation or prosecution;

10. In order to allow for the defendant to confer with his attorney in-person, with the prior approval of both the Government and Pretrial Services, the defendant may travel from the SDFL to an address (pre-approved by the Government and Pretrial Services) in the SDNY where the defendant will be under home incarceration.

Respectfully Submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Celia V. Cohen
Assistant United States Attorney
(212) 637-2466

cc:  Lawrence DiGiansante, Esq.
     Pretrial Services, SDNY